UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

ARBY'S, INC.,

                      Plaintiff,              **STIPULATION OF DISCONTINUANCE**

    - against -

                                           Civil Action No.

B&R MANAGEMENT & LEASING            97-CV-0845
CORPORATION, BRADLEY A. JONES, MARY  (NAM/GJD)
JEAN JONES, RAYMOND M. JONES, and
EVELYN H. JONES,

                    Defendants.

-----------------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action shall be, and the same hereby is discontinued in its entirety with prejudice and without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  May 1, 2003

By: _____      By: _____
Thomas F. O'Brien, Esq.                          Michael W. Peters, Esq.
Attorney for B&R Management                 LeBoeuf, Lamb, Greene & MacRae, LLP
  & Leasing Corporation,                         Attorneys for Arby's, Inc.
  Bradley A. Jones, Mary Jean                One Commerce Plaza
  Jones, Raymond M. Jones and              99 Washington Avenue, Suite 2020
  Evelyn H. Jones                             Albany, New York  12210
9 East Park Road                              (518) 626-9000
Clinton, New York  13323
(315) 853-6165

                                               **IT IS SO ORDERED.**

AL80946                                           Norman A. Mordue
                                             U.S. District Judge

                                             Dated: June 23, 2003